IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00025-WDM-001

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     WILLIAM RAYMOND MCKEACHIE

    Defendant.

---

## FINAL ORDER OF FORFEITURE AND JUDGMENT

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. §2253;

THAT a Preliminary Order of Forfeiture was entered on October 12, 2005;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 2253(m);

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. §2253;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property, shall enter in favor of the United States pursuant to 18 U.S.C. §2253, free from the claims of any other party:

    a. One Sony Vaio desktop computer, bearing serial number 3016715

    b.  One IBM desktop computer, model number 2176-C67, serial number 236L625

  THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

  DATED at Denver, Colorado, on April 6, 2006.

            BY THE COURT:


            s/ Walker D. Miller
            United States District Judge